IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

KELLY AINSWORTH                                                          PLAINTIFF

v.                         No. 3:18-cv-57-DPM

AMERICAN BANKERS INSURANCE
COMPANY OF FLORIDA, d/b/a Assurant                 DEFENDANT

## JUDGMENT

Ainsworth's complaint is dismissed without prejudice.

_____
D.P. Marshall, Jr.
United States District Judge

22 January 2019